**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Civil Action Number: 16-20055-CIV-MARTINEZ-GOODMAN

ANDRES GOMEZ on his own behalf and on
Behalf of all other individuals similarly situated

    Plaintiff,

v.

LA GRANJA SEVICES CORP.
d/b/a LA GRANJA RESTAURANTS,

    Defendants.

---

**NOTICE OF DISMISSAL OF COUNT II, MOTION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE OF COUNT II OF THE COMPLAINT**

---

    COMES NOW Plaintiff Andres Gomez, by and through his undersigned counsel and pursuant to Federal Rules of Civil Procedure Rule 41(a)(2) hereby files his Notice of Voluntary Dismissal with Prejudice of Count II in the above styled case and Motion For Entry of an Order of Dismissal of Count II of the Complaint.

    In accordance with Local Rule 7.1(3), the undersigned counsel for Plaintiff conferred with counsel for the Defendant, and said counsel did not object to the filing of this motion.

    WHEREFORE, Plaintiff requests this Honorable Court to enter an Order of Dismissal With Prejudice as to Count II of the Complaint.

    Dated this 2nd day of March, 2016.

          *s/Scott Dinin*
          *S*cott R. Dinin, Esq.
          SCOTT R. DININ, P.A.
          4200 NW 7TH Avenue
          Miami, Florida 33127
          Tel: (786) 431-1333
          Email: inbox@dininlaw.com
          *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March 2016, I electronically filed the foregoing document with the Clerk of Court using CM/EC, which will send notification of such filing electronically to the following:

Angel Castillo, Jr.
FLORIDA BAR NUMBER 273465
Pedro Luis DeMahy, Esq.
FLORIDA BAR NUMBER 241822
DEMAHY LABRADOR & DRAKE, P.A.
150 Alhambra Circle, PH
Coral Gables, Florida 33134
Tel. 305-443-4850
Fax 305-443-5960
Email: pdemahy@dldlawyers.com, acastillo@dldlawyers.com
*Attorneys for Defendant*